UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARIS J. WADE, | No. 2:24-cv-2936 AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BURKHART, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed August 27, 2025, plaintiff's complaint was screened and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 7. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 10.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the August 27, 2025 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that the retaliation, deliberate indifference, and failure to protect claims, as well as all claims against defendants Burkhart, Stuve, Odam, D'Angelo, Judd, Maner, Barrios, Chavez, Spaulding, and Reese be dismissed without prejudice.

////

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2